Sheehan & Associates, P.C.            60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
spencer@spencersheehan.com            tel. 516.303.0552     fax 516.234.7800

August 24, 2020

Magistrate Judge Jacqueline Scott Corley
United States District Court
Northern District of California
450 Golden Gate Avenue,
San Francisco, CA 94102

                                        Re:    3:20-cv-03221-JSC
                                                     Clark v. Westbrae Natural, Inc.

Dear Magistrate Judge Corley:

       This office, with Michael Reese and George Granade, Reese LLP, represents the plaintiff in the above action. On August 10, 2020, defendant filed a motion to dismiss the complaint. ECF No. 17. Pursuant to Federal Rule of Civil Procedure Rule 15(a)(1), plaintiff intends to amend the complaint as of right on or before Monday, September 1, 2020, which is 21 days from the date of defendant's motion. Thank you.

                                               Respectfully submitted,

                                               /s/Spencer Sheehan
                                               Spencer Sheehan

**Certificate of Service**

I certify that on August 24, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Christopher Patalano