**REESE LLP**
Sue J. Nam (State Bar No. 206729)
*snam@reesellp.com*
Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**REESE LLP**
George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (Admitted *Pro Hac Vice*)
spencer@spencersheehan.com
505 Northern Boulevard, Suite 311
Great Neck, NY 11021
Telephone: (516) 303-0552
Facsimile: (516) 234-7800

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOWARD CLARK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTBRAE NATURAL, INC.,<br><br>Defendant. | Case No. 3:20-cv-03221-JSC<br><br>**PLAINTIFF'S CORRECTION OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Jacqueline Scott Corley |

Plaintiff Howard Clark ("Plaintiff"), respectfully submits the following to correct statements made in connection with its opposition to the motion filed by Defendant Westbrae Natural, Inc. ("Defendant") to dismiss Plaintiff's Second Amended Class Action Complaint.

**CORRECTION**

In Plaintiff's Memorandum of Points and Authorities in Opposition Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 41), Plaintiff stated: "[T]he district court in that later decision [*Zaback v. Kellogg Sales Company*, Case No. 3:20-cv-00268-BEN-MSB, 2020 WL 6381987 (S.D. Cal. October 29, 2020)] concluded that the plaintiff plausibly alleged that the use of "Vanilla" alone on the back of the package violated federal regulations." *Id.* at 21:3-5. Plaintiff's counsel reiterated this at the hearing on Defendant's motion held on April 15, 2021.

This was an inadvertent misstatement of the actual holding of the case, which was: "[T]he Court finds Zaback has **not** plausibly alleged the Product contains insufficient vanilla to support the vignette and grants Kellogg's motion to dismiss." *Zaback*, 2020 WL 6381987, at *4 (emphasis added).

The pertinent part of the decision reads in full:

> The "admission" boils down to this: Kellogg's use of "Natural Flavors" on the Product's ingredient list means the product does not have sufficient vanilla to independently characterize the food. This "admission" is still not sufficient to "nudge [his] claims ... across the line from conceivable to plausible." *Iqbal*, 556 U.S. at 680; *see also Figy v. Frito-Lay North America, Inc.*, 67 F. Supp. 3d. 1075, 1090 (dismissing complaint where Plaintiff "provide[d] no detail whatsoever about how or when the offending ingredients [were] unnatural") *and Tarzian v. Kraft Heinz Foods Co.*, No. 18-7148, 2019 WL 5064732, at *4 (N.D. Ill. Oct. 10, 2019) (requiring plaintiff to link a common industry practice with an economic basis to a practice actually used by defendant). **Zaback still offers no factual allegations of what practice Kellogg uses to put vanilla or vanilla flavoring in the Product or what, other than vanilla beans, might be in the Product.** Accordingly, the Court finds Zaback has not plausibly alleged the Product contains insufficient vanilla to support the vignette and grants Kellogg's motion to dismiss. The Court therefore does not reach Kellogg's third argument that Zaback failed to adequately plead reliance on the vignette in his purchasing decision.

*Zaback*, 2020 WL 6381987, at *4 (emphasis added) (granting leave to amend). Plaintiff's

discussion regarding this case in its brief and oral arguments otherwise remains valid. Plaintiff's counsel apologizes to the Court for the misstatement of the holding of this case.

Respectfully submitted,

Date: April 15, 2021

**REESE LLP**

By: */s/ Sue J. Nam*
Sue J. Nam (State Bar No. 206729)
*snam@reesellp.com*
Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**REESE LLP**
George V. Granade (Cal. State Bar No. 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (Pro hac vice submitted)
*spencer@spencersheehan.com*
60 Cuttermill Road, Suite 409
Great Neck, New York 11021-5101
Telephone: (516) 303-0552

*Counsel for Plaintiff and the Proposed Class*