UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD CLARK,

        Plaintiff,

    v.

WESTBRAE NATURAL, INC.,

        Defendant.

Case No. 20-cv-03221-JSC

**JUDGMENT**

The Court having granted granting Defendant's motion to dismiss without leave to amend by Order filed April 22, 2021, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 26, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge